JAMES COWGILL, *Appellee*, v. JAMES S. GRIGGS and THE STATE OF KANSAS (*Interpleader*), *Appellants*.

No. 16,739.

Appeal from Finney district court. Opinion filed February 11, 1911. Affirmed.

*Fred S. Jackson,* attorney-general, *John S. Dawson,* and *Edgar Roberts,* county attorney, for the appellants.

*Albert Hoskinson,* and *R. W. Hoskinson,* for the appellee.

*Per Curiam:* The appellants concede that the only question in this case is whether the lease of school lands made in April, 1908, under which the appellee held possession, is valid. For the reasons stated in the opinion in *Payne v. Barlow,* ante, p. 132, it is held that the lease is valid.

- The judgment is affirmed.

THOMAS DUGGAN, *Appellant*, v. THE CITY OF EMPORIA, *Appellee*.

No. 17,432.

Appeal from Lyon district court. Opinion filed February 11, 1911. Affirmed.

*W. A. Randolph,* for the appellant.

*Edwin S. Waterbury,* city attorney, for the appellee; *J. Harvey Frith,* and *Barker, Means & Rice,* of counsel.

*Per Curiam:* The judgment in this case is affirmed. The opinion stating the grounds of the affirmance will be prepared and filed later. (For formal opinion, see *Duggan v. Emporia,* ante, p. 429.)